EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>   Stella Caballero Bastard | 2005 TSPR 193<br><br>166 DPR _____ |

Número del Caso: TS-3735


Fecha: 15 de diciembre de 2005


 Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. Israel Pacheco Acevedo
Secretario Ejecutivo

Lcdo. José M. Montalvo Trías
Director Ejecutivo



Materia: Reinstalación al Ejercicio de la Abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

    Stella Caballero Bastard          TS-3735

                    RESOLUCIÓN


San Juan, Puerto Rico, a 15 de diciembre de 2005.

        Examinada la moción de reconsideración de Stella Caballero Bastard y habiendo comparecido el Colegio de Abogados para informar que la peticionaria cumplió con el pago de las cuotas atrasadas, se ordena su reinstalación únicamente al ejercicio de la abogacía.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo